**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JON MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-00061-JLH |
| | ) | |
| v. | ) | |
| | ) | |
| SP PLUS CORPORATION, MARC | ) | JURY TRIAL DEMANDED |
| BAUMANN, ALICE PETERSON, | ) | |
| GREGORY A. REID, WYMAN ROBERTS, | ) | |
| DIANA L. SANDS, and DOUGLAS R. | ) | |
| WAGGONER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated:  February 22, 2024                    **LONG LAW, LLC**

                                                        By:    */s/ Brian D. Long*
                                                                 Brian D. Long (#4347)
                                                                 3828 Kennett Pike, Suite 208
                                                                 Wilmington, DE 19807
                                                                 Telephone: (302) 729-9100
                                                                 Email: BDLong@longlawde.com

                                                                 *Attorneys for Plaintiff*